**WESTERN GEAR COMPANY v. IRELAND & MATTHEWS PROPERTIES COMPANY.**

Nos. 6147, 6148.

Circuit Court of Appeals, Sixth Circuit.

March 9, 1932.

See, also, 53 F.(2d) 644.

McLeod, Fixel, Abbott & Fixel, of Detroit, Mich., for appellant.

Bulkley, Ledyard, Dickinson & Wright, of Detroit, Mich., for appellee.

PER CURIAM.

Docketed and dismissed pursuant to stipulation of counsel.

---

**Ray C. WIEN v. CONNECTICUT MUTUAL LIFE INSURANCE CO.**

No. 6049.

Circuit Court of Appeals, Sixth Circuit.

Jan. 14, 1932.

Ralph B. Cohen, of Steubenville, Ohio, for appellant.

Arnold, Wright, Purpus & Harlor, of Columbus, Ohio, for appellee.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.

---

**Lewis C. WILDERMAN, Appellant, v. Arthur J. HORY.**

No. 9330.

Circuit Court of Appeals, Eighth Circuit.

May 3, 1932.

Bruce S. Elliott, of St. Louis, Mo., for appellant.

Frank D. Merchant, of Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal dismissed, without costs to either party in this court, under Rule 17.

---

**Levi M. WILLCUTS, Collector, etc., Appellant, v. P. W. GRADWOHL.**

No. 9172.

Circuit Court of Appeals, Eighth Circuit.

May 20, 1932.

Lewis L. Drill, U. S. Atty., of St. Paul, Minn., and M. W. Goldsworthy, Sp. Atty., Bureau of Internal Revenue, of Washington, D. C., for appellant.

Benedict Deinard, of Minneapolis, Minn., for appellee.

PER CURIAM.

Reversed, with costs, and remanded, with directions to grant a new trial, in accordance with stipulation in transcript of record that this cause abide decision in case No. 9173, Levi M. Willcuts, Collector, etc., v. B. F. Gradwohl, 58 F.(2d) 587.